2022-1576

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

---

NUCOR CORPORATION,
Plaintiff-Appellant,

AK STEEL CORPORATION, ARCELORMITTAL USA LLC, UNITED
STATES STEEL CORPORATION,
Intervenor-Plaintiffs,

v.

UNITED STATES,
Defendant-Appellee,

HYUNDAI STEEL COMPANY, POSCO, GOVERNMENT OF KOREA,
Intervenor-Defendants

---

POSCO,
Plaintiff-Appellee,

v.

UNITED STATES,
Defendant,

STEEL DYNAMICS, INC., AK STEEL CORPORATION, ARCELORMITTAL
USA LLC, UNITED STATES STEEL CORPORATION,
Intervenor-Defendants

NUCOR CORPORATION,
Intervenor-Defendant-Appellant

---

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, plaintiff-appellant, Nucor Corporation, and defendant-appellee, the United States, stipulate to the dismissal of this appeal, with each party to bear its own costs. No other party has entered an appearance in this appeal. Pursuant to Federal Circuit Rule 32(g)(3)(B), counsel for Nucor Corporation consents to the use of their electronic signature for this filing.

/s/Alan H. Price
Alan H. Price, Esq.
Robert E. DeFrancesco, III, Esq.
Christopher B. Weld, Esq.
Adam M. Teslik, Esq.
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

Counsel to Nucor Corporation

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

PATRICIA M. McCARTHY
Director

/s/Reginald T. Blades, Jr. by Albert S. Iarossi
REGINALD T. BLADES, JR.
Assistant Director

/s/Emma E. Bond
EMMA E. BOND
Trial Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
PO Box 480, Ben Franklin Station
Washington, D.C. 20044
(202) 305-2034

December 28, 2023

Attorneys for Defendant-Appellee